# United States Bankruptcy Court
## District of Arizona

In re **Briana R Purnell**  
Debtor(s)

Case No. **2:21-bk-02166**  
Chapter **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

- ■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Briana R Purnell**, declares the foregoing to be true and correct under penalty of perjury.

Date **March 26, 2021**  
Signature **/s/ Briana R Purnell**  
**Briana R Purnell**  
Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

PSCU Incorporated  560 Carillon Parkway  St Petersburg, FL 33716  +1 (844) 3677728
Briana Purnell  844 E Bell Rd  Apt #3005  Phoenix, AZ 85022

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Briana Purnell | PSCU Incorporated | 22122 | 02/28/2021 | 03/13/2021 | 03/19/2021 | |

| | Hours Worked | Gross Pay | Earnings or Deductions | Employee Taxes | Pre and Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 55.30 | 1,185.96 | 0.00 | 178.61 | 0.00 | 1,007.35 |
| YTD | 378.93 | 6,717.70 | 0.00 | 943.42 | 0.00 | 5,774.28 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | | 24 | 360.00 |
| Paid Sick Time | 02/28/2021-03/13/2021 | 8 | 15 | 120.00 | 16 | 240.00 |
| Paid Sick Time Balance | 02/28/2021-03/13/2021 | 0.78 | 0 | 0.00 | | 0.00 |
| PSCU Perks | 02/28/2021-03/13/2021 | 0 | 0 | 79.77 | 0 | 79.77 |
| PTO | 02/28/2021-03/13/2021 | 8 | 15 | 120.00 | 10 | 150.00 |
| PTO Balance | 02/28/2021-03/13/2021 | 99 | 0 | 0.00 | | 0.00 |
| Regular | 02/28/2021-03/13/2021 | 47.85 | 15 | 717.75 | 316.73 | 4,750.95 |
| Shift Diff Flat 1.25 | 02/28/2021-03/13/2021 | 17.44 | 1.25 | 21.81 | 131.46 | 164.36 |
| Shift Diff Flat 1.75 | 02/28/2021-03/13/2021 | 8.5 | 1.75 | 14.88 | 22.63 | 39.62 |
| Weekend Pay - Regular | 03/07/2021-03/13/2021 | 7.45 | 15 | 111.75 | 62.2 | 933.00 |
| Earnings | | | | 1,185.96 | | 6,717.70 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 73.53 | 416.50 |
| Medicare | 17.20 | 97.41 |
| Federal Withholding | 55.86 | 248.14 |
| State Tax - AZ | 32.02 | 181.37 |
| Employee Taxes | 178.61 | 943.42 |

## Earnings or Deductions

| Description | Amount | YTD |
|---|---|---|
| Paid Sick Time Balance | 0.00 | 0.00 |
| PTO Balance | 0.00 | 0.00 |
| Earnings or Deductions | 0.00 | 0.00 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,185.96 | 6,717.70 |
| Medicare - Taxable Wages | 1,185.96 | 6,717.70 |
| Federal Withholding - Taxable Wages | 1,185.96 | 6,717.70 |
| State Tax Taxable Wages - AZ | 1,185.96 | 6,717.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Briana R Purnell | Briana R Purnell | ******9378 | | 1,007.35 | USD |

PSCU Incorporated   560 Carillon Parkway   St Petersburg, FL 33716   +1 (844) 3677728
Briana Purnell   844 E Bell Rd   Apt #3005   Phoenix, AZ 85022

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Briana Purnell | PSCU Incorporated | 22122 | 02/14/2021 | 02/27/2021 | 03/05/2021 | |

|  | Hours Worked | Gross Pay | Earnings or Deductions | Employee Taxes | Pre and Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 65.68 | 1,301.30 | 0.00 | 193.15 | 0.00 | 1,108.15 |
| YTD | 323.63 | 5,531.74 | 0.00 | 764.81 | 0.00 | 4,766.93 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | 02/14/2021-02/27/2021 | 8 | 15 | 120.00 | 24 | 360.00 |
| Paid Sick Time | 02/14/2021-02/27/2021 | 8 | 15 | 120.00 | 8 | 120.00 |
| Paid Sick Time Balance | 02/14/2021-02/27/2021 | 6.03 | 0 | 0.00 | | 0.00 |
| PTO | 02/14/2021-02/27/2021 | 2 | 15 | 30.00 | 2 | 30.00 |
| PTO Balance | 02/14/2021-02/27/2021 | 107 | 0 | 0.00 | | 0.00 |
| Regular | 02/14/2021-02/27/2021 | 50.63 | 15 | 759.45 | 268.88 | 4,033.20 |
| Shift Diff Flat 1.25 | 02/14/2021-02/27/2021 | 31.3 | 1.25 | 39.13 | 114.02 | 142.55 |
| Shift Diff Flat 1.75 | 02/14/2021-02/27/2021 | 3.98 | 1.75 | 6.97 | 14.13 | 24.74 |
| Weekend Pay - Regular | 02/14/2021-02/27/2021 | 15.05 | 15 | 225.75 | 54.75 | 821.25 |
| Earnings | | | | 1,301.30 | | 5,531.74 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 80.68 | 342.97 |
| Medicare | 18.87 | 80.21 |
| Federal Withholding | 58.46 | 192.28 |
| State Tax - AZ | 35.14 | 149.35 |
| Employee Taxes | 193.15 | 764.81 |

## Earnings or Deductions

| Description | Amount | YTD |
|---|---|---|
| Paid Sick Time Balance | 0.00 | 0.00 |
| PTO Balance | 0.00 | 0.00 |
| Earnings or Deductions | 0.00 | 0.00 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,301.30 | 5,531.74 |
| Medicare - Taxable Wages | 1,301.30 | 5,531.74 |
| Federal Withholding - Taxable Wages | 1,301.30 | 5,531.74 |
| State Tax Taxable Wages - AZ | 1,301.30 | 5,531.74 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Briana R Purnell | Briana R Purnell | ******9378 | | 1,108.15 | USD |

PSCU Incorporated 560 Carillon Parkway St Petersburg, FL 33716 +1 (844) 3677728
Briana Purnell 844 E Bell Rd Apt #3005 Phoenix, AZ 85022

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Briana Purnell | PSCU Incorporated | | 22122 | 01/31/2021 | 02/13/2021 | 02/19/2021 | |

| | Hours Worked | Gross Pay | Earnings or Deductions | Employee Taxes | Pre and Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 65.66 | 1,013.88 | 0.00 | 134.01 | 0.00 | 879.87 |
| YTD | 257.95 | 4,230.44 | 0.00 | 571.66 | 0.00 | 3,658.78 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Holiday | | | | | 16 | 240.00 | Social Security | 62.86 | 262.29 |
| Paid Sick Time Balance | 01/31/2021-02/13/2021 | 12.27 | 0 | 0.00 | | 0.00 | Medicare | 14.70 | 61.34 |
| PTO Balance | 01/31/2021-02/13/2021 | 109 | 0 | 0.00 | | 0.00 | Federal Withholding | 29.08 | 133.82 |
| Regular | 01/31/2021-02/13/2021 | 57.44 | 15 | 861.60 | 218.25 | 3,273.75 | State Tax - AZ | 27.37 | 114.21 |
| Shift Diff Flat 1.25 | 01/31/2021-02/13/2021 | 20.03 | 1.25 | 25.04 | 82.72 | 103.42 | | | |
| Shift Diff Flat 1.75 | 02/07/2021-02/13/2021 | 2.25 | 1.75 | 3.94 | 10.15 | 17.77 | | | |
| Weekend Pay - Regular | 02/07/2021-02/13/2021 | 8.22 | 15 | 123.30 | 39.7 | 595.50 | | | |
| Earnings | | | | 1,013.88 | | 4,230.44 | Employee Taxes | 134.01 | 571.66 |

| Earnings or Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Paid Sick Time Balance | 0.00 | 0.00 |
| PTO Balance | 0.00 | 0.00 |
| Earnings or Deductions | 0.00 | 0.00 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,013.88 | 4,230.44 |
| Medicare - Taxable Wages | 1,013.88 | 4,230.44 |
| Federal Withholding - Taxable Wages | 1,013.88 | 4,230.44 |
| State Tax Taxable Wages - AZ | 1,013.88 | 4,230.44 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Briana R Purnell | Briana R Purnell | ******9378 | | 879.87 USD |

# PSCU

PSCU Incorporated 560 Carillon Parkway St Petersburg, FL 33716 +1 (844) 3677728
Briana Purnell 844 E Bell Rd Apt #3005 Phoenix, AZ 85022

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Briana Purnell | PSCU Incorporated | | 22122 | 01/17/2021 | 01/30/2021 | 02/05/2021 | |

| | Hours Worked | Gross Pay | Earnings or Deductions | Employee Taxes | Pre and Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 55.10 | 971.94 | 0.00 | 125.48 | 0.00 | 846.46 |
| YTD | 192.29 | 3,216.56 | 0.00 | 437.65 | 0.00 | 2,778.91 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Holiday | 01/17/2021-01/30/2021 | 8 | 15 | 120.00 | 16 | 240.00 | Social Security | 60.26 | 199.43 |
| Regular | 01/17/2021-01/30/2021 | 47.4 | 15 | 711.00 | 160.81 | 2,412.15 | Medicare | 14.09 | 46.64 |
| Shift Diff Flat 1.25 | 01/17/2021-01/30/2021 | 17.57 | 1.25 | 21.97 | 62.69 | 78.38 | Federal Withholding | 24.89 | 104.74 |
| Shift Diff Flat 1.75 | 01/24/2021-01/30/2021 | 1.98 | 1.75 | 3.47 | 7.9 | 13.83 | State Tax - AZ | 26.24 | 86.84 |
| Weekend Pay - Regular | 01/24/2021-01/30/2021 | 7.7 | 15 | 115.50 | 31.48 | 472.20 | | | |
| Earnings | | | | 971.94 | | 3,216.56 | Employee Taxes | 125.48 | 437.65 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 971.94 | 3,216.56 |
| Medicare - Taxable Wages | 971.94 | 3,216.56 |
| Federal Withholding - Taxable Wages | 971.94 | 3,216.56 |
| State Tax Taxable Wages - AZ | 971.94 | 3,216.56 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| Briana R Purnell | Briana R Purnell | ******9378 | | 846.46 | USD |